YOUNG CHO
ATTORNEY AT LAW: 189870
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670-4756
562/868-5886
FAX: 562/868-5491

ATTORNEY FOR PLAINTIFF
CHUE LOR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUE LOR, | Case No.: 1:09-CV-01089-GSA |
| Plaintiff, | ORDER RE STIPULATION TO DISMISS |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation to Dismiss filed with this Court on December 2, 2009,

IT IS HEREBY ORDERED that the above entitled matter be dismissed with prejudice.

DATE:   December 2, 2009

       /s/  Gary S. Austin
THE HONORABLE GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE